TROY LAW, PLLC
*Attorneys for the Plaintiff, proposed FLSA*
*Collective Class, and potential Rule 23 Class*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
JIA REN WEI,
*on behalf of himself and others similarly situated*,
                                                 Plaintiff,

                                                 v.

WA WA SAN INC. d/b/a Pulau Pinang;
PENANG HOUSE INC. d/b/a Pulau Pinang;
AH ENG OOI,
TECK KONG LO,
JING PING MA,
CHIEWSZE CHEAH,
CINDY CHEAH,
JUAN LEE CHEAH,
KUOKAI CHEAH,
CHUEN LEUNG,
MIN SOON LING and
CHRIS OOI,

                                                 Defendants.
-------------------------------------------------------------------x

Case No: 16-cv-3712

**NOTICE OF MOTION FOR**
**DEFAULT**

       **PLEASE TAKE NOTICE** that upon the annexed Declaration of John Troy, sworn to on July 6, 2017, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned shall move this Court, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable Raymond J. Dearie, for an Order granting judgment by default against Defendants WA WA SAN INC. d/b/a Pulau Pinang, PENANG HOUSE INC. d/b/a Pulau Pinang, AH ENG OOI, TECK KONG LO, JING PING MA, CHIEWSZE CHEAH, CINDY CHEAH, JUAN LEE

1

CHEAH, KUOKAI CHEAH, CHUEN LEUNG, MIN SOON LING, and CHRIS OOI, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b).

Dated: July 6, 2017
      Flushing, NY

                              Respectfully submitted,
                              TROY LAW, PLLC

                              /s/ John Troy
                              John Troy (JT 0481)
                              *Attorneys for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*
                              41-25 Kissena Boulevard, Suite 119
                              Flushing, NY 11355
                              Tel: (718) 762-1324
                              johntroy@troypllc.com