# Invoice

Tuesday, June 6, 2017

## TROY LAW, PLLC

41-25 Kissena Blvd.. Suite 119
Flushing. NY 11355
(718) 762-1324 | troylaw@troypllc.com

**Bill To:**

Customer Name
Customer Address
City, State, Zip                     , ,

**For Project**

NYED Pulau Pinang, 16cv3712 Jia Ren Wei v.

| Employee | Date | Work Description | Billable | Rate | Fees |
|---|---|---|---|---|---|
| JOHN TROY9 | 06/20/16 | 1002 Meet with Client(s) - Intakes 1.6+0.6n | 2.20 | 450 | 990.00 |
| JOHN TROY9 | 06/20/16 | 1401 Draft & Sign Retainer Agreement to Defendants 0.5p | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 06/20/16 | 1001 Initial Telephone Conference with Plaintiff(s) | 0.30 | 450 | 135.00 |
| JOHN TROY9 | 06/28/16 | 1201 Draft Damages Calculation Chart 0.6+0.8p | 1.40 | 450 | 630.00 |
| JOHN TROY9 | 06/28/16 | 1307 Research: Dft Website | 0.75 | 450 | 337.50 |
| JOHN TROY9 | 06/29/16 | 1901 Draft the Complaint 4+0.5p | 4.50 | 450 | 2025.00 |
| JOHN TROY9 | 06/30/16 | 1202 Confer with Client- RE complaint and Damages | 0.80 | 450 | 360.00 |
| Peter Pan3 | 06/30/16 | 1005 Case Timeline: Statute of Limitations, Plaintiff(s), and Corporate Defendant(s) | 0.50 | 150 | 75.00 |
| JOHN TROY9 | 07/01/16 | 1903 Meet with clients to revise Complaint 0.8+0.4P | 2.10 | 450 | 945.00 |
| JOHN TROY9 | 07/01/16 | 1902 Review the Complaint 0.5+0.3p | 0.80 | 450 | 360.00 |
| JOHN TROY9 | 07/04/16 | 1306 Research: Lexis Nexis /Legal /Others?? 1.3+ | 1.30 | 450 | 585.00 |
| JOHN TROY9 | 07/04/16 | 1904 Finalize the Complaint, Summons & Civil Cover Sheet USDC 0.6+0.3p | 0.90 | 450 | 405.00 |
| JOHN TROY9 | 07/04/16 | 1304 Research: DMV/ Vehicle Plate Number ?? | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 07/04/16 | 1303 Research: Property in Defendants Name via Libor Acris PropertyShark 0.3+0.3p | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 07/04/16 | 1302 Research: Property at Addresses Known via Libor Acris PropertyShark 0.2+0.2p | 0.40 | 450 | 180.00 |
| JOHN TROY9 | 07/04/16 | 1301 Research: Search Corp & Biz Entity Database <0.2+0.3p | 0.50 | 450 | 225.00 |
| JOHN TROY9 | 07/04/16 | 1203 Revise Damages Calculation Chart(s) 0.2p | 0.20 | 450 | 90.00 |
| JOHN TROY9 | 07/04/16 | 1911 File the Complaint, Summons & Civil Cover Sheet USDC | 2.70 | 450 | 1215.00 |
| Joseph Myers5 | 09/20/16 | Review Request for Clerk's Default | 0.35 | 250 | 87.50 |
| Tracy Ann-Ulett3 | 12/28/16 | Amended Complaint | 0.25 | 150 | 37.50 |
| Tracy Ann-Ulett3 | 12/28/16 | Wrote Letter Requesting Extension | 0.25 | 150 | 37.50 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

Page 1 of 3

# Invoice

Tuesday, June 6, 2017

## TROY LAW, PLLC

41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| | | | | | |
|---|---|---|---|---|---|
| JOHN TROY9 | 01/05/17 | Deed Recording Lo, Teck Kong +Yoke Hong Ooi Queens BL 1518 1016 | 0.75 | 450 | 337.50 |
| Tracy Ann-Ulett3 | 01/10/17 | 2001 Prepare copies to Serve Summons & Complaint | 0.40 | 150 | 60.00 |
| Tracy Ann-Ulett3 | 01/11/17 | Reviewed Case | 0.33 | 150 | 50.00 |
| JOHN TROY9 | 04/14/17 | 2002 ECF Proof of Service | 1.20 | 450 | 540.00 |
| Aaron Schweitzer3 | 04/16/17 | 2811 Draft Request for Certificate of Default | 0.20 | 150 | 30.00 |
| Aaron Schweitzer3 | 04/16/17 | 2812 Draft Affirmation support Request for Default | 0.80 | 150 | 120.00 |
| Aaron Schweitzer3 | 04/16/17 | new clerk's default | 1.50 | 150 | 225.00 |
| Aaron Schweitzer3 | 04/16/17 | new motion for default | 1.75 | 150 | 262.50 |
| Aaron Schweitzer3 | 04/16/17 | 2801 Review Judge's OTSC for Default | 0.10 | 150 | 15.00 |
| Aaron Schweitzer3 | 04/17/17 | new clerk's default review, file | 0.67 | 150 | 100.50 |
| Bella Ho3 | 04/18/17 | Download [40] Response to Order to Show Cause | 0.10 | 150 | 15.00 |
| Aaron Schweitzer3 | 05/30/17 | Review certificate of default for motion for default | 0.75 | 150 | 112.50 |
| Bingyu Huang3 | 06/01/17 | Meet client to sign mccc & scan | 0.20 | 150 | 30.00 |
| JOHN TROY9 | 06/05/17 | Confer Jia Ren Wei RE Default | 1.25 | 450 | 562.50 |
| Bingyu Huang3 | 06/05/17 | Translate to client Wei, Jia Ren | 1.10 | 150 | 165.00 |
| Aaron Schweitzer3 | 06/05/17 | Fix Jia Ren Wei MfDefault aff | 0.75 | 150 | 112.50 |
| Aaron Schweitzer3 | 06/05/17 | Jia Ren Wei MfDefault aff interview | 0.50 | 150 | 75.00 |
| | | | Total Billables | | **$12,163.00** |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!

# Invoice

Tuesday, June 6, 2017

## TROY LAW, PLLC

41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
(718) 762-1324 | troylaw@troypllc.com

| Expense Description | Expense Date | Expense Amount |
|---|---|---|
| 010 usdc Filing Fee Index Number | 07/04/16 | $400.00 |
| 020 Serve Summons & Complaint CHRIS OOI | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint MIN SOON LING | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint CHUEN LEUNG | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint KUOKAI CHEAH | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint JUAN LEE CHEAH | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint CINDY CHEAH | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint CHIEWSZE CHEAH | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint "JOHN" MA | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint TECK KONG LO | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint AH ENG OOI | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint PENANG HOUSE INC. d/b/a Pulau Pinang | 07/15/16 | $75.00 |
| 020 Serve Summons & Complaint WA WA SAN INC. d/b/a Pulau Pinang | 07/15/16 | $75.00 |
| | Total Expenses | **$1,300.00** |

| | |
|---|---|
| Total Billables | $12,163.00 |
| Total Expenses | $1,300.00 |
| Total Payments | $0.00 |
| Outstanding | $13,463.00 |

Make all checks payable to TROY LAW, PLLC.

If you have any questions concerning this invoice, contact (718) 762-1324 or troylaw@troypllc.com.

We always appreciate your business!
Page 3 of 3