TROY LAW, PLLC
*Attorneys for the Plaintiff, proposed FLSA*
*Collective Class, and potential Rule 23 Class*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel: (718) 762-1324

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
JIA REN WEI,
*on behalf of himself and others similarly situated*,
                                 Plaintiff,      **Case No: 16-cv-3712**

                      v.                       **PROPOSED JUDGMENT**

WA WA SAN INC. d/b/a Pulau Pinang;
PENANG HOUSE INC. d/b/a Pulau Pinang;
AH ENG OOI,
TECK KONG LO,
JING PING MA,
CHIEWSZE CHEAH,
CINDY CHEAH,
JUAN LEE CHEAH,
KUOKAI CHEAH,
CHUEN LEUNG,
MIN SOON LING and
CHRIS OOI,
                                 Defendants.
------------------------------------------------------------------ x

## JUDGEMENT

On July 4, 2016, this action was commenced by Plaintiff's filing of the original Complaint and this Court's issuance of the original Summons. Plaintiff filed an Amended Complaint on January 6, 2017, and this Court issued an Amended Summons. The original Summons and original Complaint in this action having been duly served on the above-named Defendants WA WA SAN INC. d/b/a Pulau Pinang, PENANG HOUSE INC. d/b/a Pulau Pinang, AH ENG OOI, TECK KONG LO, CHIEWSZE CHEAH, CINDY CHEAH, JUAN LEE CHEAH, KUOKAI CHEAH, CHUEN LEUNG, MIN SOON LING, and CHRIS OOI, the

Amended Summons and Amended Complaint in this action having been duly served on the above-named Defendants WA WA SAN INC. d/b/a Pulau Pinang, PENANG HOUSE INC. d/b/a Pulau Pinang, AH ENG OOI, TECK KONG LO, JING PING MA, CHIEWSZE CHEAH, CINDY CHEAH, JUAN LEE CHEAH, KUOKAI CHEAH, CHUEN LEUNG, MIN SOON LING, and CHRIS OOI, and said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted on May 26, 2017, and upon the annexed declaration of default judgment.

NOW, on motion of Troy Law, PLLC, the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff, JIA REN WEI, has judgment jointly and severally against Defendants, WA WA SAN INC. d/b/a Pulau Pinang, PENANG HOUSE INC. d/b/a Pulau Pinang, AH ENG OOI, TECK KONG LO, JING PING MA, CHIEWSZE CHEAH, CINDY CHEAH, JUAN LEE CHEAH, KUOKAI CHEAH, CHUEN LEUNG, MIN SOON LING, and CHRIS OOI in the amount of $_____, including compensatory damages and permissible liquidated and prejudgment interest, all computed as provided in 28 U.S.C. §1961(a).

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

                                                                                          Raymond J. Dearie
                                                                                          United States District Judge

This document was entered on the docket on _____.

Dated: _____, 2017.

                                            Raymond J. Dearie
                                            United States District Judge

To:

WA WA SAN INC. d/b/a Pulau Pinang
82-84 Broadway
Elmhurst, NY 11373

PENANG HOUSE INC. d/b/a Pulau Pinang
82-84 Broadway
Elmhurst, NY 11373

AH ENG OOI, TECK KONG LO
82-84 Broadway
Elmhurst, NY 11373

CHIEWSZE CHEAH
82-84 Broadway
Elmhurst, NY 11373

CINDY CHEAH
82-84 Broadway
Elmhurst, NY 11373

JUAN LEE CHEAH
82-84 Broadway
Elmhurst, NY 11373

KUOKAI CHEAH
82-84 Broadway
Elmhurst, NY 11373

CHUEN LEUNG
82-84 Broadway
Elmhurst, NY 11373

MIN SOON LING
82-84 Broadway
Elmhurst, NY 11373

CHRIS OOI
82-84 Broadway
Elmhurst, NY 11373

4