UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JIA REN WEI, on behalf of themselves,                 JUDGMENT
and others similarly situated,                           16-CV- 3712 (RJD)
                             Plaintiffs,

             -against-

WA WA SAN INC. d/b/a Pulau Pinang; PENANG
HOUSE INC. d/b/a Pulau Pinang; AH ENG OOI
TECK KONG LO, JING PING MA, CHIEWSZE CHEAH,
CINDY CHEAH, JUAN LEE CHEAH, KUOKAI CHEAH,
CHUEN LEUNG, MIN SOON LING and CHRIS OOI,

                             Defendants.
-------------------------------------------------------------X

         Defendants having offered Plaintiff Jia Ren Wei to take a judgment against the Defendants Penang House Inc., and Teck Kong Lo & James Yang Ma, individually, in this action for the total sum of Thirty Thousand ($30,000.00) Dollars, including all attorneys' fees, expenses, and costs accrued to date, for Plaintiff's claims; it is

         ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiff Jia Ren Wei and against defendants Penang House Inc., and Teck Kong Lo & James Yang Ma, individually in the total sum of Thirty Thousand ($30,000.00) Dollars, including all attorneys' fees, expenses, and costs accrued to date, for Plaintiff's claims as set forth in the Offer of Judgment.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       February 6, 2018                                        Clerk of Court

                                               by:     */s/ Jalitza Poveda*
                                                               Deputy Clerk