```
                                              FILED
                                         IN CLERK'S OFFICE
                                      US DISTRICT COURT E.D.N.Y.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK          ★   MAR 20 2018   ★
--------------------------------------------X
Jia Ren Wei                               BROOKLYN OFFICE
*on behalf of himself and others similarly situated*
```

Plaintiff(s),

**ORDER OF DISMISSAL**
CV 16-3712(RJD)

-v-

Penang House Inc.
doing business as Pulau Pinang, et al.

Defendant(s).
--------------------------------------------X

DEARIE, DISTRICT JUDGE.

At a conference held on March 7, 2018 before Magistrate Judge Levy, counsel John Troy and Justin Heiferman confirmed that all claims in this case have been resolved and that this case can be dismissed with prejudice.

Accordingly, this case is hereby dismissed with prejudice.

The Clerk of the Court is directed to close the case.

**SO ORDERED.**

Dated:   Brooklyn, New York
         March 20, 2018

                                        /s/ *Raymond J. Dearie*
                                        RAYMOND J. DEARIE
                                        UNITED STATES DISTRICT JUDGE